NUMBER 13-07-091-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 






OLLIE HORTON, Appellant,


v.



U.S. MART #101, INC., D/B/A 

TEXACO GAS AND BEAUTY SUPPLY, Appellee.





On appeal from the 334th District Court 


of Harris County, Texas.






MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, OLLIE HORTON, perfected an appeal from a judgment entered by the 334th District
Court of Harris County, Texas, in cause number 2005-20211. After the notice of appeal was filed,
appellant filed a motion to dismiss the appeal. In the motion, appellant states that he no longer
desires to pursue the appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to dismiss the
appeal, is of the opinion that the motion should be granted. Appellant's motion to dismiss is granted,
and the appeal is hereby DISMISSED. 

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 5th day of April, 2007.